IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| CRYSTAL BRAY and SAMUEL COOK, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>GAMESTOP CORPORATION,<br><br>            Defendant. | Case No.:  17-cv-01365-JEJ<br>Hon. John E. Jones, III<br><br>Complaint Filed: 09/29/17 |

## DEFENDANT GAMESTOP CORPORATION'S
## MOTION TO DISMISS CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and this Court's Practice Order, Defendant GameStop Corporation respectfully moves this Court to dismiss the Class Action Complaint brought by Plaintiffs Crystal Bray and Samuel Cook. The grounds for this Motion are set forth in the Opening Brief submitted with this Motion.

Respectfully submitted,

OF COUNSEL:
**BAKER HOSTETLER**
Paul Karlsgodt *(pro hac vice admission pending)*
Xakema L. Henderson *(pro hac vice admission pending)*
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
(303) 764-0600
pkarlsgodt@bakerlaw.com
xhenderson@bakerlaw.com

Dated: December 15, 2017

**BALLARD SPAHR LLP**
*/s/ Edward J. McAndrew*
Edward J. McAndrew
Delaware Bar No. 5638
Evan W. Krick
Delaware Bar No. 6094
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
(302) 252-4451
mcandrewe@ballardspahr.com
kricke@ballardspahr.com

  Attorneys for Defendant
  GameStop Corporation