IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTAL BRAY and SAMUEL COOK, on behalf of themselves and all others similarly situated, | ) ) ) ) | CASE NO. 1:17-cv-01365-JEJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | CLASS ACTION |
| GAMESTOP CORPORATION, | ) ) | |
| Defendant. | ) ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**<u>PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Crystal Bray and Samuel Cook ("Plaintiffs") move for the entry of the Proposed Preliminary Approval Order submitted herewith, which seeks the preliminarily approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as explained therein.

1. The terms of the Settlement are set forth in the Settlement Agreement dated July 16, 2018, attached as Exhibit 1.

2. The relief sought in this Motion is supported by the Declaration of Benjamin F. Johns, attached as Exhibit 2, which includes as exhibits the proposed forms of notice; the Declaration of Joseph F. Mahan, attached as Exhibit 3; and by Plaintiffs' Memorandum of Law in Support of their Unopposed Motion for Preliminary Approval of the Class Action Settlement filed contemporaneously herewith.

3. Defendant GameStop Corporation does not oppose the relief requested in this motion.

4. A proposed order granting the relief requested in this motion is attached hereto as Exhibit 4.

WHEREFORE, Plaintiffs request that the Court enter the proposed Preliminary Approval Order.

Dated: July 16, 2018								Respectfully submitted,

										By:	/s/ *Robert J. Kriner, Jr.*
											Robert J. Kriner, Jr. (DE Bar No. 2546)
											Vera G. Belger (DE Bar No. 5676)
											**CHIMICLES & TIKELLIS LLP**
											222 Delaware Ave, Suite 1100
											Wilmington, DE 19801
											(302) 656-2500
											rjk@chimicles.com
											vgb@chimicles.com

											Benjamin F. Johns (*pro hac vice*)
											Andrew W. Ferich (*pro hac vice*)
											**CHIMICLES & TIKELLIS LLP**
											361 W. Lancaster Avenue
											Haverford, Pennsylvania 19041
											Tel: (610) 642-8500
											bfj@chimicles.com
											awf@chimicles.com

											Cornelius P. Dukelow
											Oklahoma Bar No. 19086
											**ABINGTON COLE + ELLERY**
											320 South Boston Avenue, Suite 1130
											Tulsa, Oklahoma 74103
											918.588.3400 (*telephone & facsimile*)
											cdukelow@abingtonlaw.com
											www.abingtonlaw.com

											*Attorneys for Plaintiffs*
											*Crystal Bray and Samuel Cook*