# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTAL BRAY and SAMUEL COOK, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GAMESTOP CORPORATION, | ) ) |
| Defendant. | ) ) ) |

CASE NO. 1:17-cv-01365-JEJ

CLASS ACTION

JURY TRIAL DEMANDED

---

## PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS

---

Robert J. Kriner, Jr. (DE Bar No. 2546)
Vera G. Belger (DE Bar No. 5676)
**CHIMICLES & TIKELLIS LLP**
2711 Centerville Road, Suite 201
Wilmington, Delaware 19808
(302) 656-2500
rjk@chimicles.com
vgb@chimicles.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com

Cornelius P. Dukelow
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com
www.abingtonlaw.com

*Attorneys for Plaintiffs Crystal Bray and Samuel Cook*

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 9:30 a.m. on December 19, 2018, Plaintiffs will move to have the Court enter the proposed order submitted herewith granting their unopposed motion seeking (1) the payment of $557,500 to Plaintiffs' Counsel for the payment of their attorneys' fees and reimbursement of expenses, and (2) the payment of incentive awards in the amount of $3,750 each for Plaintiffs Crystal Bray and Samuel Cook.

**PLEASE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law, Declarations of Counsel and other related materials in support of this motion.

**PLEASE FURTHER NOTE** that Defendant does not oppose this motion.

Dated: November 26, 2018                    Respectfully submitted,

By:  */s/ Robert J. Kriner, Jr.*
Robert J. Kriner, Jr. (DE Bar No. 2546)
Vera G. Belger (DE Bar No. 5676)
**CHIMICLES & TIKELLIS LLP**
2711 Centerville Road, Suite 201
Wilmington, Delaware 19808
(302) 656-2500
rjk@chimicles.com
vgb@chimicles.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com

Cornelius P. Dukelow
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130

Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com
www.abingtonlaw.com

*Attorneys for Plaintiffs*
*Crystal Bray and Samuel Cook*