# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTAL BRAY and SAMUEL COOK, on behalf of themselves and all others similarly situated, | ) ) ) CASE NO. 1:17-cv-01365-JEJ ) |
| Plaintiffs, | ) ) |
| v. | ) CLASS ACTION ) |
| GAMESTOP CORPORATION, | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) ) ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
## OF THE CLASS ACTION SETTLEMENT

Robert J. Kriner, Jr. (DE Bar No. 2546)
Vera G. Belger (DE Bar No. 5676)
**CHIMICLES & TIKELLIS LLP**
222 Delaware Ave, Suite 1100
Wilmington, DE 19801
(302) 656-2500
rjk@chimicles.com
vgb@chimicles.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com

Cornelius P. Dukelow
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com
www.abingtonlaw.com

*Attorneys for Plaintiffs Crystal Bray and Samuel Cook*

PLEASE TAKE NOTICE that at the Final Approval Hearing scheduled for December 19, 2018 at 9:30 a.m., Plaintiffs will move to have the Court enter the proposed order submitted herewith that will grant their unopposed motion seeking entry of an order granting final approval to the Settlement Agreement and Release.

PLEASE FURTHER NOTE that Plaintiffs will rely on the Memorandum of Law, and other related materials in support of this motion.

PLEASE FURTHER NOTE that Defendant does not oppose this motion.

Dated: December 3, 2018

Respectfully submitted,

By: */s/ Robert J. Kriner, Jr.*
Robert J. Kriner, Jr. (DE Bar No. 2546)
Vera G. Belger (DE Bar No. 5676)
**CHIMICLES & TIKELLIS LLP**
222 Delaware Ave, Suite 1100
Wilmington, DE 19801
(302) 656-2500
rjk@chimicles.com
vgb@chimicles.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com

Cornelius P. Dukelow
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com
www.abingtonlaw.com

*Attorneys for Plaintiffs
Crystal Bray and Samuel Cook*