# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTAL BRAY and SAMUEL COOK, on behalf of themselves and all others similarly situated, | ) ) ) ) | CASE NO. 1:17-cv-01365-JEJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DECLARATION OF JOSEPH F. MAHAN** |
| GAMESTOP CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

I, Joseph F. Mahan, declare as follows:

1. I am a Client Services Manager for Heffler Claims Group ("Heffler") in Philadelphia, Pennsylvania. I am over twenty-one years of age and am authorized to make this declaration on behalf of Heffler and myself. The following statements are based on my personal knowledge and information provided by other experienced Heffler employees working under my supervision. If called as a witness I could and would testify competently thereto.

2. On December 13, 2018, Heffler was informed of the objection received on behalf of Ms. Pamela Sweeney. In response, Heffler is providing the below details related to her claim that she is a Class Member and had contacted the claims administrator.

3. Heffler maintains two records on file class members with the name Pamela Sweeney. Heffler can confirm that both records on file for Pamela Sweeney contain the same address located in Myrle Beach, SC. Heffler has no record for a Pamela Sweeney that is associated with an address located in Madison, WI, in where the objector resides.

4. As of December 17, 2018 Heffler has received 2,545 calls totaling 134 hours 25 minutes and 33 seconds to the IVR system providing general information about the Settlement. Of the 2,545 calls to the IVR system 1,317 calls totaling 84 hours 14 minutes and 32 seconds have elected to speak with a live representative or leave a voice message for a return call. Heffler utilizes

up to 3 customer service representatives Monday through Friday to handle calls related to the Settlement.

5. On November 29, 2018, Heffler received a voicemail from objector Pamela Sweeney. On November 30, 2018, Heffler returned Ms. Sweeney's phone call and the following occurred: a) Ms. Sweeney requests her Class Member ID in order to file a claim online; b) Heffler was unable to verify the address Ms. Sweeney provided and, therefore, it did not provide Ms. Sweeney with a Class Member ID; c) Heffler suggested printing a generic claim form online and sending it via USPS; d) Ms. Sweeney again asked if there is a Pamela Sweeney located in Wisconsin; (e) Heffler confirmed that there is no Pamela Sweeney located in Wisconsin on file; (f) Ms. Sweeney states that she is having difficulty obtaining verification of purchases as supporting documentation from GameStop; (g) Heffler again suggested printing and mailing a generic claim form and making a note that documentation will soon follow; (h) Heffler provided the claim filing deadline, December 13, 2018, to Ms. Sweeney; (i) Ms. Sweeney stated that she will be mailing the claim form.

6. If there were a Ms. Sweeney from Madison, Wisconsin who was really a class member, her name would have appeared on the Class Member List.

7. As of December 17, 2018, Heffler has not received a claim form for objector Pamela Sweeney.

8. As of December 17, 2018, Heffler has received no email correspondence from objector Pamela Sweeney (my understanding is she emailed her objection to counsel).

9. As of December 17, 2018, Heffler has received no mail correspondence from objector Pamela Sweeney.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed on December 17, 2018 in Philadelphia, Pennsylvania.

_____
JOSEPH F. MAHAN