# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FILED
JAN 15 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CRYSTAL BRAY and SAMUEL COOK, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

GAMESTOP CORPORATION,

    Defendant.

CASE NO. 1:17-cv-1365

## NOTICE OF APPEAL

Notice is hereby given that Pamela Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Third Circuit from the Order Granting Final Approval of Class Action Settlement (Document # 54) entered in this action on December 19, 2018. Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses and/or incentive awards to class representatives. This shall also serve as notice of appeal of any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: January 11, 2018

Respectfully Submitted,

*Pamela Sweeney, Pro Se*

Pamela Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Telephone: (424)-488-4383
pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2109 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for Delaware. When the Clerk files this Notice of Appeal in the CM/ECF system it will effectuate service of this filing on all CM/ECF registered attorneys in this case. In addition, counsel in this case have been served via electronic mail.

Pamela Sweeney, Pro Se

Sweeney J
2622 Mitcher Rd
Madison WI 53711

Clerk of Courts
USDC - District of Delaware
844 North King Street
Unit 18
Wilmington Delaware
19801-3570